# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 18, 2024

Before
DAVID F. HAMILTON, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

Nos. 24-3248 & 24-3249

| | |
|---|---|
| LSP TRANSMISSION HOLDINGS II, LLC, *et al.*,<br>    *Plaintiffs-Appellees*,<br><br>*v.*<br><br>JAMES F. HUSTON, Chairman, Indiana Utility Regulatory Commission, *et al.*,<br>    *Defendants-Appellants*,<br><br>and<br><br>NORTHERN INDIANA PUBLIC SERVICE COMPANY, *et al.*,<br>    *Intervening Defendants-Appellants.* | Appeals from the United States District Court for the Southern District of Indiana, Indianapolis Division.<br><br>No. 1:24-cv-01722-TWP-MG<br><br>Tanya Walton Pratt,<br>*Chief Judge*. |

The Court will hear oral argument in this appeal on Monday, January 27, 2025, at 2:00 p.m. in the Main Courtroom, Room 2721, of the United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn Street, Chicago, Illinois. Each side will be limited to 30 minutes.

In light of the Court's prior order granting a stay and expediting this appeal [27], the original briefing schedule [4] is stricken and reset as follows:

1. The appellants shall file briefs and required short appendices on or before January 6, 2025.

2. The appellees shall file a response brief due on or before January 17, 2025.

3. The appellants shall file reply briefs, if any, on or before January 22, 2025.

No extensions will be granted absent extraordinary circumstances.

Important Scheduling Notice! Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_3J**   (form ID: **177**)