# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 26, 2024

*By the Court:*

| | |
|---|---|
| Nos. 24-3248 & 24-3249 | LSP TRANSMISSION HOLDINGS II, LLC, et al., <br>     Plaintiffs - Appellees <br><br> v. <br><br> JAMES F. HUSTON, Chairman, Indiana Utility Regulatory Commission, et al., <br>     Defendants - Appellants <br><br> and <br><br> NORTHERN INDIANA PUBLIC SERVICE COMPANY, et al., <br>     Intervening Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:24-cv-01722-TWP-MG <br> Southern District of Indiana, Indianapolis Division <br> District Judge Tanya Walton Pratt ||

Upon consideration of the **MOTION TO INTERVENE OF COMMONWEALTH EDISON COMPANY OF INDIANA, INC.**, filed on December 20, 2024, by counsel for Commonwealth Edison Company of Indiana, Inc.,

**IT IS ORDERED** that the motion is **DENIED**. The court invites ComEd Indiana to participate as an amicus curiae.


form name: **c7_Order_BTC**     (form ID: **178**)