Nos. 24-3248 & 24-3249

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

LSP TRANSMISSION HOLDINGS II, LLC, *et al.*,

    *Plaintiffs-Appellees*,

v.

JAMES F. HUSTON, Chairman, Indiana Utility Regulatory Commission, *et al.*,

    *Defendants-Appellants*,

v.

NORTHERN INDIANA PUBLIC SERVICE COMPANY, *et al.*,

    *Intervenor Defendants-Appellants*.

On Appeal from the United States District Court for the
Southern District of Indiana

## MOTION TO EXPEDITE BRIEFING SCHEDULE
## FOR PLAINTIFFS-APPELLEES' MOTION FOR RECONSIDERATION

| | |
|---|---|
| TODD A. RICHARDSON | PAUL D. CLEMENT |
| JAMES E. ZOCCOLA | ERIN E. MURPHY |
| THOMAS JONES |   *Counsel of Record* |
| LEWIS KAPPES | MATTHEW D. ROWEN |
| One American Square | JOSEPH J. DEMOTT |
| Suite 2500 | CLEMENT & MURPHY, PLLC |
| Indianapolis, IN 46282 | 706 Duke Street |
| (317) 639-1210 | Alexandria, VA 22314 |
| trichardson@lewis-kappes.com | (202) 742-8900 |
| | erin.murphy@clementmurphy.com |

*Counsel for Plaintiffs-Appellees*

December 30, 2024

# MOTION TO EXPEDITE

Today, Plaintiffs-Appellees have filed a motion for reconsideration of this Court's December 18 order staying the district court's preliminary injunction for the duration of this appeal. As that motion explains, the Midcontinent Independent System Operator ("MISO") has announced that it will determine whether the interstate transmission projects at issue in this appeal—namely, the Indiana projects in Tranche 2.1 of MISO's Long Range Transmission Planning ("LRTP") initiative—are subject to competitive bidding "no later than [Monday,] January 13, 2025." MISO, *LRTP – Tranche 2.1 Competitive Transmission Projects Intent to Stagger Request for Proposals Release Dates* (Dec. 19, 2024), https://tinyurl.com/e8zr97nx. If the stay of the district court's injunction remains in place when MISO makes that determination, then MISO will assign all those projects to Incumbents. That action would create a very serious risk of inflicting the precise irreparably injury that the preliminary injunction at issue in this appeal was designed to avoid—i.e., Plaintiffs-Appellees could lose forever the opportunity to compete for over $1 billion in new electric transmission projects in Indiana. To prevent that irreparable injury, and to eliminate any risk that this Court might be deprived of jurisdiction to resolve this appeal, Plaintiffs-Appellees respectfully urge the Court to reconsider its prior order and lift the stay no later than Friday, January 10, 2025.

Since MISO plans to act by January 13, an order to expedite briefing is necessary to ensure that this Court can resolve Plaintiffs-Appellees' pending motion for reconsideration by January 10. Absent expedition, the deadline to respond to that motion would be January 9. To afford the Court adequate time to receive and review the parties' briefing and rule on the motion, Plaintiffs-Appellees respectfully request that the Court enter the following briefing schedule:

> **January 3, 2025 – Deadline for Briefs in Opposition to Plaintiffs-Appellees' Motion for Reconsideration**
>
> **January 7, 2025 – Deadline for Plaintiffs-Appellees' Reply in Support of Their Motion for Reconsideration**

While Plaintiffs-Appellees appreciate that this schedule is necessarily condensed, even taking into account the January 1 holiday it still affords the Commissioners of the Indiana Utility Regulatory Commission (collectively, "Commissioners") and the Intervenor Defendants-Appellants (collectively, "Incumbents") far more time to respond than the single evening Plaintiffs-Appellees were afforded to respond to the "emergency" stay motion that Intervenors filed at 4pm Eastern on December 11, without giving Plaintiffs-Appellees advance notice of their intent to seek a stay, *see* Dist.Ct.Dkt.83, much less attempting to negotiate a briefing schedule. It is also far more time than the 16 hours that Incumbents gave the Court to resolve their motion for a stay; it is approximately as much time as Commissioners and Incumbents took to prepare their respective briefs in further

support of that motion (to which Plaintiffs-Appellees had no opportunity to respond), Dkt.19; and it is nearly as much time as the five days the parties had to prepare to argue the stay motion before this Court. All that said, Plaintiffs-Appellees are of course happy to comply with whatever schedule will best facilitate this Court's prompt resolution of their motion to reconsider.

Plaintiffs-Appellees' counsel has corresponded with counsel for Commissioners and counsel for Incumbents. Commissioners and Incumbents oppose both the motion for reconsideration and this motion to expedite briefing.

Respectfully submitted,

s/Erin E. Murphy

| | |
|---|---|
| TODD A. RICHARDSON | PAUL D. CLEMENT |
| JAMES E. ZOCCOLA | ERIN E. MURPHY |
| THOMAS JONES | *Counsel of Record* |
| LEWIS KAPPES | MATTHEW D. ROWEN |
| One American Square | JOSEPH J. DEMOTT |
| Suite 2500 | CLEMENT & MURPHY, PLLC |
| Indianapolis, IN 46282 | 706 Duke Street |
| (317) 639-1210 | Alexandria, VA 22314 |
| trichardson@lewis-kappes.com | (202) 742-8900 |
| | erin.murphy@clementmurphy.com |

*Counsel for Plaintiffs-Appellees*

December 30, 2024

# CERTIFICATE OF COMPLIANCE
# WITH TYPE-VOLUME LIMITATION

1. This brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(1)(E)(2) because it contains 531 words, excluding the parts of the brief exempted from the word count by Fed. R. App. P. 32(f).

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because the Brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

December 30, 2024

s/Erin E. Murphy
Erin E. Murphy

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 30, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                <u>s/Erin E. Murphy</u>
                Erin E. Murphy