# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

January 12, 2025

**Before**

DAVID F. HAMILTON, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

CANDACE JACKSON-AKIWUMI, *Circuit Judge*

Nos. 24-3248 & 24-3249

LSP TRANSMISSION HOLDINGS II, LLC, *et al.*,
*Plaintiffs-Appellees*,

*v.*

JAMES F. HUSTON, Chairman, Indiana Utility Regulatory Commission, *et al.*,
*Defendants-Appellants*,

*and*

NORTHERN INDIANA PUBLIC SERVICE COMPANY, *et al.*,
*Intervening Defendants-Appellants.*

Appeals from the United States District Court for the Southern District of Indiana, Indianapolis Division.

No. 1:24-cv-01722-TWP-MG

Tanya Walton Pratt,
*Chief Judge*.

## O R D E R

Before us remain appeals from a grant of a preliminary injunction in a highly complex case entailing a constitutional challenge to a provision of an Indiana law relating to the rights of incumbent suppliers of electric power. On December 6, 2024, the

district court enjoined Defendants-Appellants, the Chair and Commissioners of the Indiana Utility Regulatory Commission, from enforcing incumbent electric transmission owners' rights of first refusal conferred by Indiana House Enrolled Act 1420, Ind. Code § 8-1-38-9. Intervenor-Defendants-Appellants, who are incumbent electric transmission owners with rights under the statute, sought emergency relief in this court, moving for a stay pending appeal and further requesting an immediate administrative stay. We entered an administrative stay on December 12, heard oral argument on December 17, and entered an order staying the preliminary injunction on December 18. Plaintiffs-Appellees since moved for reconsideration of our decision to grant a stay pending appeal, and we received a full—though expedited—briefing on this motion.

Having considered the submissions from the parties and based upon the totality of the information currently available, we conclude that the equitable factors weigh in favor of lifting the stay and allowing the district court's order preliminarily enjoining the enforcement of House Enrolled Act 1420 to take effect. The court continues to work on an expedited basis to resolve the difficult and weighty substantive questions presented by this appeal.

For these reasons, we GRANT Plaintiffs-Appellees' Motion for Reconsideration of Order Granting a Stay Pending Appeal [Dkt. No. 40]. The stay of the district court's preliminary injunction, entered by this court on December 18, 2024, is hereby VACATED.