**Clement & Murphy**
PLLC

February 5, 2025

**VIA ECF**

Christopher G. Conway
Clerk of Court
U.S. Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

      Re:   *LSP Transmission Holdings II, LLC, et al., v. Huston, et al.*,
            Nos. 24-3248, 24-3249, & 25-1024

Dear Mr. Conway:

     Plaintiffs-Appellees respectfully inform the Court that they have filed a complaint before FERC (1) alleging that MISO is violating its Tariff by treating Indiana House Enrolled Act 1420 as "applicable" even though the district court has preliminarily enjoined its enforcement; and (2) requesting an order instructing MISO that because of the preliminary injunction, the Tariff obligates MISO to award the disputed Tranche 2.1 projects in Indiana through competitive bidding. A copy of the as-filed complaint is attached for the Court's reference.

                                        Respectfully,

                                        s/Erin E. Murphy
                                        Erin E. Murphy

                                        *Counsel for Plaintiffs-Appellees*

Cc:  All Counsel of Record